```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-6805
    Fax:       (415) 436-6748
```

ORIGINAL FILED

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>JACK M. AMBRO,<br><br>    Respondent. | CV 08 3715<br>NO.<br><br>**VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **NELIA BERMUDEZ,** allege and petition as follows:

    1.    This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

    2.    Petitioner **NELIA BERMUDEZ** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

///

3. Petitioner **NELIA BERMUDEZ** is and at all times mentioned herein was attempting in the course of authorized duties to ascertain the assets and liabilities of **JACK M. AMBRO** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **JACK M. AMBRO.**

4. Petitioner **NELIA BERMUDEZ** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to his attempt to ascertain the assets and liabilities of **JACK M. AMBRO**, for purposes of preparing a Collection Information Statement.

5. Respondent **JACK M. AMBRO**'s last known address is 3221 Hood St., Oakland, CA 94605-5317, which is within the venue of this Court.

6. Petitioner **NELIA BERMUDEZ** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On December 17, 2007, in accordance with law, petitioner **NELIA BERMUDEZ** served a summonses on respondent **JACK M. AMBRO** in respect to the subject matter described in paragraphs 3, 4, and 6 above, leaving an attested copy of the summonses at the last and usual place of abode of the respondent **JACK M. AMBRO.** The requirements of said summonses are self-explanatory, and true copies thereof are attached hereto as <u>Exhibits A</u> and <u>B</u> and are hereby incorporated by reference as a part of this petition.

8. The items sought by the summonses described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **JACK M. AMBRO.** It was and now is essential to completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **JACK M. AMBRO** that respondent produce the items demanded by said summonses.

9. The respondent did not appear on January 11, 2008, as requested in the summonses.

Verified Petition To Enforce
IRS Summonses                                                    2

10. By letter dated February 19, 2008, respondent **JACK M. AMBRO** was provided with another opportunity to comply by appearing for an appointment with petitioner **NELIA BERMUDEZ** on March 6, 2008. See Exhibit C.

11. As of the date of this petition, the respondent has failed to comply with the summonses.

12. All administrative steps required by the Internal Revenue Code for issuance of the summonses have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summonses.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summonses as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summonses;

B. That respondent be ordered by the Court to appear before the petitioner **NELIA BERMUDEZ** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summonses; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS NEWMAN
Assistant United States Attorney
Tax Division

# Summons

## Collection Information Statement

In the matter of  JACK M AMBRO, 3221 HOOD ST, OAKLAND, CA 94605-5317
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002 and December 31, 2003

**The Commissioner of Internal Revenue**

**To:** JACK M AMBRO
**At:** 3221 HOOD ST, OAKLAND, CA 94605-5317

You are hereby summoned and required to appear before NELIA BERMUDEZ, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 07/01/2007 To 12/16/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

1301 CLAY ST, 1040S, OAKLAND, CA 94612  (510) 637-3125

Place and time for appearance: At  1301 CLAY ST, 1040S, OAKLAND, CA 94612

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the  11th  day of  January , 2008 at  11:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  17th  day of  December , 2007

NELIA BERMUDEZ
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

EXHIBIT  A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date  12/18/07

Time  1:14 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Signature  *[signature]*

Title  Revenue Officer

**I certify that the copy of the summons served contained the required certification.**

Signature  *[signature]*

Title  Revenue Officer

Catalog No. 25000Q

Form 6637 (Rev. 4-2005)

# Summons

## Income Tax Return

In the matter of  JACK M AMBRO
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 2005 and December 31, 2006

**The Commissioner of Internal Revenue**

**To:**  JACK M AMBRO
**At:**  3221 HOOD ST, OAKLAND, CA 94605-5317

You are hereby summoned and required to appear before NELIA BERMUDEZ, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2005 and 2006

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2005 and 2006

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

1301 CLAY ST, 1040S, OAKLAND, CA 94612 (510) 637-3125

**Place and time for appearance:** At  1301 CLAY ST, 1040S, OAKLAND, CA 94612

on the  11th  day of  January , 2008 at 11:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  17th  day of December , 2007

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.4-2005)
Catalog Number 61828W

NELIA BERMUDEZ
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

EXHIBIT  B

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 1v/18/07
Time: 1:14pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature: [signature]
Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signature]
Title: Revenue Officer

Catalog No. 61828W

Form **6638** (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

FEB 19 2008

CC:SB:7:SF:1:GL-106177-08
BSLaurie

Jack M. Ambro
3221 Hood St.
Oakland, CA 94605-3517

Dear Mr. Ambro:

The Small Business/Self-Employed Area: Area Collection office of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summonses served on you on December 18, 2007. A copy of that summons is enclosed. Under the terms of the summons, you were required to appear before Revenue Officer Nelia Bermudez on January 11, 2008.

Legal proceedings may be brought against your client in the United States District Court for not complying with this summons. To avoid such proceedings, your client is to appear before Revenue Officer:

    Name: Nelia Bermudez
    Date: March 6, 2008
    Time: 1:00 P.M.
    Address: 1301 Clay Street, 1040 South
            Oakland, CA 94612

EXHIBIT C