JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6805
  Fax:            (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer, | CASE NO. 08-3715-MEJ |
| Petitioners, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JACK M. AMBRO, | |
| Respondent. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                                    JOSEPH P. RUSSONIELLO
                                                   United States Attorney

                                                   <u>/s/ Thomas M. Newman</u>
                                                   THOMAS M. NEWMAN
                                                   Assistant United States Attorney
                                                   Tax Division

*Magistrate Consent*
Case No. 08-cv-3715-MEJ