JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6805
   Fax:      (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer,** | Case No. 3:08-CV-3715-MEJ |
| **Petitioners,** | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| **JACK M. AMBRO,** | |
| **Respondent.** | |

    Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, NELIA BERMUDEZ, voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Thomas M. Newman
                                          THOMAS M. NEWMAN
                                          Assistant United States Attorney
                                          Tax Division

    The November 20, 2008 OSC hearing is VACATED.

    Dated: November 4, 2008

*IT IS SO ORDERED*
*Judge Maria-Elena James*

Notice of Voluntary Dismissal
Case No. 3:08-CV-3715-MEJ                1